No. 98–5677. MARTINEZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–5778. CARR *v.* CARR. App. Ct. Mass. Certiorari denied.

No. 98–5855. ALLEN *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 98–5948. MONROE *v.* NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 98–6066. MONROE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6143. MUSSELWHITE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 98–6146. RUIZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6212. CLUCK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6217. TIMBERLAKE *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 98–6386. ROBERTS *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 98–6421. MITCHELL *v.* WILLIAMS ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–6422. MOSLEY *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 98–6431. SIMS *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 98–6440. VICKERS *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–6448. LEGRANDE *v.* HOGEWOOD. C. A. 4th Cir. Certiorari denied.